IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED
2025 FEB 10 AM 9:03

| | |
|---|---|
| TARUN N. SURTI, Pro Se ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00122 |
| ) | |
| FLEET ENGINEERS, INC, ) | Hon. Waverly D. Crenshaw, Jr. |
| DIVISION OF TRAMEC SLOAN ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR CONTINUANCE

COMES NOW Tarun N. Surti, the Pro Se Plaintiff in the above-captioned matter, and respectfully moves this Honorable Court for an Order granting a Continuance, requesting that the hearing scheduled in the present case be postponed due to unavoidable international travel commitments. In support of this Motion, the undersigned states as follows:

### INTRODUCTION

Specifically, I will be traveling abroad from February 10, 2025, to March 10, 2025, and during this time, I will be unavailable to attend any scheduled hearings, conferences, or other court-related proceedings. As such, I am unable to fully participate in these proceedings during this period.

I am committed to diligently pursuing the resolution of this matter and respectfully request that the Court grant a continuance of the case to a date that accommodates my absence and ensures that I can be present and fully engaged in the proceedings.

For these reasons, I respectfully request that the Court grant this Motion for Continuance and reschedule any necessary hearings or deadlines to a date following my return.

Thank you for your consideration of this request.

Respectfully submitted,

　/s/ Tarun N. Surti　　　　　　　
Tarun N Surti, *Pro Se for Plaintiff*
5928 Westheimer Drive
Brentwood, Tennessee 37027
615-8112-6164
vflaps@gmail.com
