IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TARUN N. SURTI, Pro Se ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00122 |
| ) | |
| FLEET ENGINEERS, INC, ) | Hon. Waverly D. Crenshaw, Jr. |
| DIVISION OF TRAMEC SLOAN ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING MOTION FOR CONTINUANCE**

THIS MATTER came before the Court on the 10th of February, 2025 on the motion filed by Tarun N. Surti requesting "Motion for Continuance in Case No. 3:25-cv-00122". After consideration of the arguments presented, the pleadings, and the applicable law, the Court hereby:

ORDERS that the motion is GRANTED.

DATED this _____.

---

The Honorable Waverly D. Crenshaw, Jr.

District Judge

U.S. District Court of Middle District of Tennessee

## CERTIFICATE OF SERVICE

      I certify that on this 10th day of February 2025, a copy of the following document was filed through the Court's electronic filing system and served through that system upon all parties who are registered for service within that system. Those parties set forth below were served via email and US Postal services:

G. Thomas Williams (P53734)
Andrea R. Jacobson, Sr. Litigation Paralegal
Attorneys for Plaintiff
MCGARRY BAIR PC
45 Ottawa Ave SW - Suite 700
Grand Rapids, Michigan 49503
Tel: (616) 742-3538
G. Thomas Williams gtw@mcgarrybair.com
Andrea R. Jacobson arj@mcgarrybair.com

Attn: Wesley K. Eklund
Fleet Engineers Inc.
Division of Tramec Sloan
1800 E Keating Ave
Muskegon MI 49442
Tel: (800) 333-7890
Wesley Eklund
weklund@fleetengineers.com


   /s/ Tarun N. Surti
TARUN N. SURTI