IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TARUN N. SURTI, Pro Se ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00122 |
| ) | |
| FLEET ENGINEERS, INC, ) | Hon. Waverly D. Crenshaw, Jr. |
| DIVISION OF TRAMEC SLOAN ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE DOCUMENTS ELECTRONICALLY**

Comes now, Tarun N. Surti, the Pro Se Plaintiff in the above-styled case, and respectfully moves this Honorable Court for an order granting permission to file documents electronically in this matter. In support of this Motion, the undersigned states as follows:

### INTRODUCTION

I am a pro se litigant in this case and respectfully request permission to file documents electronically through the Tennessee Judiciary Electronic Filing System (TJEFS) for the duration of this proceeding.

### COMPLIANCE WITH LOCAL RULES

I have reviewed the local rules of this Court regarding electronic filing and understand the requirements and procedures for e-filing. I am prepared to comply with all applicable rules and guidelines.

### CONVENIENCE AND EFFICIENCY

Electronic filing will allow me to submit documents to the Court in a timely and efficient manner, reducing delays associated with traditional paper filing. It will also enable me to receive

electronic notices and updates from the Court promptly.

## ACCESS TO TECHNOLOGY

I have access to the necessary technology, including a computer and internet connection, to file documents electronically and to receive electronic notifications from the Court.

## GOOD CAUSE

Granting this motion will promote judicial efficiency and reduce the administrative burden on the Court and the parties involved in this case.

WHEREFORE, I respectfully request that this Honorable Court grant this Motion and allow me to file documents electronically in this case. I further request that the Court issue an order approving electronic filing for the duration of this proceeding.

Respectfully submitted,

/s/ Tarun N. Surti
Tarun N Surti, *Pro Se for Plaintiff*
5928 Westheimer Drive
Brentwood, Tennessee 37027
615-8112-6164
vflaps@gmail.com

2