IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TARUN N. SURTI, Pro Se ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00122 |
| ) | |
| FLEET ENGINEERS, INC, ) | Hon. Waverly D. Crenshaw, Jr. |
| DIVISION OF TRAMEC SLOAN ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING MOTION FOR PERMISSION TO FILE DOCUMENTS ELECTRONICALLY**

This matter came before the Court upon the Motion of Tarun N. Surti, the Pro Se Plaintiff, for permission to file documents electronically in this case. The Court, having considered the Motion and finding good cause to grant the request, hereby ORDERS as follows:

Tarun N. Surti is granted permission to file documents electronically in this case through the Tennessee Judiciary Electronic Filing System (TJEFS) in compliance with the Court's local rules and procedures.

Tarun N. Surti shall comply with all applicable rules, guidelines, and technical requirements for electronic filing as set forth by the Court.

This Order shall remain in effect for the duration of this proceeding unless otherwise modified by the Court.

SO ORDERED on this _____ day of _____, 20.

Hon. Waverly D. Crenshaw, Jr.
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

## CERTIFICATE OF SERVICE

       I certify that on this 7th day of February 2025, a copy of the following document was filed through the Court's electronic filing system and served through that system upon all parties who are registered for service within that system. Those parties set forth below were served via email and US Postal services:

| | |
|---|---|
| G. Thomas Williams (P53734) | Attn: Wesley K. Eklund |
| Andrea R. Jacobson, Sr. Litigation Paralegal | Fleet Engineers Inc. |
| Attorneys for Plaintiff | Division of Tramec Sloan |
| MCGARRY BAIR PC | 1800 E Keating Ave |
| 45 Ottawa Ave SW - Suite 700 | Muskegon MI 49442 |
| Grand Rapids, Michigan 49503 | Tel: (800) 333-7890 |
| Tel: (616) 742-3538 | Wesley Eklund |
| G. Thomas Williams gtw@mcgarrybair.com | weklund@fleetengineers.com |
| Andrea R. Jacobson arj@mcgarrybair.com | |

                                            /s/ Tarun N. Surti
                                            TARUN N. SURTI