UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
www.miwd.uscourts.gov

*Providing quality service in the support of justice.*

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 330 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W Michigan Ave. | 315 W Allegan St. | 202 W Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

# CERTIFICATE OF GOOD STANDING

I, Ann E. Filkins, Clerk of the United States District Court for the Western District of Michigan, do hereby certify that

## G. THOMAS WILLIAMS

was duly admitted to practice in said Court on November 27, 1995 and is in good standing as a member of the bar of said Court.

Dated at Grand Rapids, Michigan, on February 28, 2025

Ann E. Filkins, Clerk of Court

By: _____
Deputy Clerk